UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22553-BLOOM/Otazo-Reyes

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HELLO HELLO MIAMI, and
LUIS E. LEON AMARIS,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon Plaintiff the United States' Motion for Disposition, ECF No. [44], for the entry of an Order directing the Garnishees, Bank of America, and PayPal, Inc. ("Garnishees") to pay to the United States the funds identified in the Garnishees' answers to the Writs of Garnishment, ECF No. [34], [35], [36], for payment toward the judgment. The Court has considered the Motion and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion, **ECF No. [44]**, is **GRANTED.**

2. The Garnishees are ordered to pay the funds identified in their Answers in the manner set forth in the Motion for Disposition, ECF No. [44].

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 3, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 23-cv-22553-BLOOM/Otazo-Reyes

Copies to:

Counsel of Record

Hello Hello Miami, LLC
c/o Jonathan S. Marashlian, Reg. Agent
The Compliance Group, Inc.
1430 Spring Hill Road
Suite 315
McLean, VA 22102

Luis E. Leon Amaris
78 SW 7th Street
Miami, FL 33130